**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TOINY LLC,<br><br>               Plaintiff,<br><br><br>  -against-<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TRUMAN ACM GRANTOR TRUST 2013, SERIES 2013-1,<br><br>               Defendants. | **NOTICE OF APPEARANCE BY COUNSEL**<br><br>Case No. 1:19-cv-00644-KAM-RER |

**To: The Clerk of Court and all parties of record**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for Plaintiff, Toiny, LLC.


Dated: New York, New York
      April 9, 2019

**HASBANI & LIGHT, P.C.**

/s/ Danielle P. Light
Danielle P. Light, Esq.
450 Seventh Ave, Suite 1408
New York, New York 10123
Tel: (646) 490-6677
dlight@hasbanilight.com